UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC., ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2006-R2,<br><br>Plaintiff,<br>v.<br><br>WILLIAMSBURG TOWNEHOMES HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. 3:16-cv-00004-MMD-WGC<br><br>ORDER |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff Deutsche Bank National Trust Company as Trustee For Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates Series 2006-R2 have drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 18th day of May 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE