# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-R2,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMSBURG TOWNHOMES HOMEOWNERS ASSOCIATION, *et al.*,<br><br>Defendant. | Case No. 3:16-cv-00004-MMD-WGC<br><br>**DISMISSAL BY COURT<br>FOR WANT OF PROSECUTION** |

This action has been pending in this Court for more than 270 days without any proceeding having been taken therein during such period. This order serves as notice to the parties that this action will be dismissed without prejudice for want of prosecution under LR 41-1 unless a status report is filed with the Court by March 22, 2019.

DATED THIS 5th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE