WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jdragon@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-R2,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAMSBURG TOWNEHOMES HOMEOWNERS ASSOCIATION; RENO PROPERTY MANAGEMENT; and ROE CORPORATIONS X-XX,<br><br>        Defendants.<br><br>AND ALL RELATED CLAIMS | Case No.: 3:16-cv-00004-MMD-WGC<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT FOR QUIET TITLE** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R2 (hereinafter "Deutsche Bank" or "Plaintiff")), by and through its attorneys of record, Christina V. Miller, Esq. and Joseph A. Dragon, Esq., of the law firm of Wright, Finlay & Zak, LLP; and Defendants Williamsburg Townehomes Homeowners Association (the "HOA") and Reno Property Management, by and through their attorneys of record, Thomas E. McGrath, Esq. and Christopher A. Lund, Esq., of the law firm of Tyson & Mendes, LLP, hereby jointly agree, stipulate, and authorize entry of a stipulated judgment as follows:

WHEREAS, Ocwen Loan Servicing, LLC ("Ocwen") is the servicing agent and attorney-in-fact for Deutsche Bank, the beneficiary of a Deed of Trust encumbering real property located at 483 Beacon Hill Ct., #14B, Sparks, Nevada 89431, with APN: 033-291-29 (hereinafter, the "Property"), and legally described as:

PARCEL 1:

Unit No. 7 of Building No. 3 of WILLIAMBURG TOWNEHOMES, A CONDOMINIUM DEVELOPMENT, filed in the office of the County Recorder of Washoe County, State of Nevada, on September 1, 1971, as Tract Map No. 1248.

PARCEL 2:

An undivided 1/39'h interest in the remaining Common Area of WILLIAMSBURG TOWNEHOMES, A CONDOMINIUM SUBDIVISION, as shown on the plat thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on September I, 1971, as File No. 217427, and any amendments thereof  Excluding theretrom all that portion reverted to acreage by Tract Map No. 1618, recorded December 28. 1976, as Document No. 441462. and Tract Map No. 2098, recorded July 15, 1983, as Document No. 866984.

PARCEL3:

The exclusive right to use the Restricted Common Area appurtenant to Unit No. 7 Building No. 3 as shown on the map of WILLIAMSBURG TOWNHOMES or as set forth in the Amended Declaration of Covenants, Conditions and Restrictions for Williamsburg Townhomes filed in the office of the County Recorder of Washoe Cow1ty, State of Nevada, as File No.1174807, Official Records.

PARCEL4:

The non-exclusive easements to use the Common Area as set forth in the above described Amended Declaration of Covenants, Conditions and Restrictions or in the above-described Condominium Map. APN: 033-291-29

WHEREAS, the HOA was the association that foreclosed on the Property.

WHEREAS, on or about May 22, 2002, Herbert Bennett and Madelyn Bennett (collectively "Bennett") purchased the Property via a Grant Bargain and Sale Deed conveying the Property to Bennett, recorded against the Property on May 31, 2002, with the Washoe County Recorder's Office as Document Number  2694391.

WHEREAS, Bennet executed a promissory note in the amount of $126,000.00 payable to Ameriquest Mortgage Company ("Note").

WHEREAS, to secure the Note, Bennett executed a deed of trust ("Deed of Trust"), on or about January 5, 2006, which was recorded against the Property on June 9, 2006, in the Official Records of Washoe County, Nevada, as Document Number 3398855.

WHEREAS, on February 17, 2009, an Assignment of Deed of Trust was recorded against the Property in the Official Records of Washoe County, Nevada, as Document Number 3729757, by which Deutsche Bank was assigned all beneficial interest in the Deed of Trust.

WHEREAS, on August 9, 2011, a Notice of Delinquent Assessment was recorded against the Property by the HOA in the Official Records of Washoe County, Nevada, as Document Number 4029839.

WHEREAS, on September 14, 2011, a Notice of Default and Election to Sell under Homeowners Association Lien was recorded against the Property by the HOA in the Official Records of Washoe County, Nevada, as Document Number 4040742.

WHEREAS, on December 27, 2011 a Notice of Sale was recorded against the Property by the HOA in the Official Records of Washoe County, Nevada, as Document Number 4070443.

WHEREAS, on February 9, 2012, a Foreclosure Deed Upon Sale was recorded against the Property in the Official Records of Washoe County, Nevada, as Document Number 4083112. Pursuant to the Foreclosure Deed, a non-judicial foreclosure sale occurred on January 30, 2012 (hereinafter, the "HOA Sale"), whereby the HOA acquired its interest in the Property for a credit bid of $2,961.59.

WHEREAS, on November 4, 2016, Plaintiff filed a Complaint to set aside the HOA Sale, or alternatively, for a judicial declaration that the HOA Sale did not extinguish its Deed of Trust.

WHEREFORE, the parties have now come to a resolution regarding their respective claims and interest in the Property and stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that title to the Property will be vested in DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES,

SERIES 2006-R2. As represented by a quitclaim deed which will be recorded against the Property and whereby the HOA quitclaims any and all interest in the Property to Deutsche Bank.

**IT IS FURTHER STIPULATED AND AGREED** that Deutsche Bank's Deed of Trust shall remain a first priority encumbrance upon the Property.

**IT IS FURTHER STIPULATED AND AGREED** that the above-referenced matter shall be dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the parties.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in <u>no way</u> intended to impair the rights of Deutsche Bank (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against Bennett, as defined in the Deed of Trust and/or Note, that Deutsche Bank (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note and Deed of Trust, including the right to judicially or non-judicially foreclose or otherwise enforce the Deed of Trust against the Property.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney's fees and costs.

///
///
///
///
///
///
///
///
///
///

**IT IS FURTHER STIPULATED AND AGREED** that a copy of this Stipulation and Order of Final Judgment of Quiet Title may be recorded against the Property with the Washoe County Recorder's Office.

Dated this 29th day of May, 2019

WRIGHT, FINLAY & ZAK, LLP

*/s/ Joseph A. Dragon, Esq.*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Joseph A. Dragon, Esq.
Nevada Bar No. 13682
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Deutsche Bank*
*National Trust Company, as Trustee for*
*Ameriquest Mortgage Securities Inc., Asset-*
*Backed Pass-Through Certificates, Series*
*2006-R2*

Dated this 29th day of May, 2019

TYSON & MENDES, LLP

*/s/ Christopher A. Lung, Esq.*
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Christopher A. Lund, Esq.
Nevada Bar No. 12435
8275 S. Eastern Ave., Suite 115
Las Vegas, NV 89123
*Attorneys for Defendant Williamsburg*
*Townehomes Homeowners Association*

**IT IS SO ORDERED**.

Dated: __May 29, 2019_____

_____
UNITED STATES DISTRICT COURT JUDGE